UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Paul Michaud,　　　　　　　　　　　　　　　　　No. 0:22-cv-01396-KMM-TNL

　　　　　　Plaintiff,

　　v.

TD Bank USA, National Association,

　　　　　　Defendant.

---

**DEFENDANT TD BANK USA, N.A.'S
CORPORATE DISCLOSURE STATEMENT**

___

　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TD Bank USA, N.A., states:

　　**TD Bank USA, N.A.**, a national banking association, is a wholly owned subsidiary of TD Bank US Holding Company, a Delaware corporation, which in turn is a wholly-owned subsidiary of TD Group US Holdings LLC, a Delaware limited liability company, which in turn is a wholly-owned subsidiary of The Toronto-Dominion Bank, a Canadian-chartered bank, whose stock is traded on the Toronto and New York Stock Exchanges under the symbol "TD." No publicly held company directly owns more than 10 percent of the stock of TD Bank USA, N.A.

**Nordstrom, Inc.**, is also interested in this action's outcome. Nordstrom, Inc., is a publicly held corporation, whose stock is traded on the New York Stock Exchange under the symbol "JWN." It is not a subsidiary of any other corporation. No publicly held corporation owns 10 percent or more of its stock.

May 26, 2022.

                                                                       BARNES & THORNBURG LLP

                                                                       /s/ Brian Melendez
                                                                       _____
                                                                       Brian Melendez
                                                                       Bar Number 0223633
                                                                       Attorney for Defendant
                                                                           TD Bank USA, N.A.
                                                                       BARNES & THORNBURG LLP
                                                                       Suite 2800
                                                                       225 South Sixth Street
                                                                       Minneapolis, MN 55402-4662
                                                                       Ph. 612.367.8734
                                                                       Fax 612.333.6798
                                                                       brian.melendez@btlaw.com

                                                                       Attorneys for Defendant
                                                                           TD Bank USA, N.A.